LAW OFFICE OF

JESSE M. SIEGEL

299 Broadway, Suite 800
New York, New York 10007

(Tel) 212-207-9009
(Fax) 212-619-6742

JesseMSiegel@aol.com

*I don't have a problem with reappointing Mr. Siegel, who is familiar with the case and the client, but I point out that Mr. Weston's supervision has been transferred to the Middle District of Pennsylvania, and presumably any application for early termination would have to be made there.*

SO ORDERED.

*[signature]*

CATHY SEIBEL, U.S.D.J.

September 2, 2021

9/2/21

**BY ECF**

Hon. Cathy Seibel, District Judge
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v. Margolla, et al, (Rashid Weston),* 13 Cr. 880 (CS).

Dear Judge Seibel:

I represented Rashid Weston in the above-referenced case.  Mr. Weston has contacted me and asked that I ask the Court to terminate his supervised release early.  Therefore, I respectfully request that I be assigned to represent Mr. Weston for that purpose, to explore the underlying circumstances and make the application, if appropriate.

On June 15, 2015, the Court sentenced Mr. Weston to a 60-month term of imprisonment, followed by a 4-year term of supervised release.  He was released from prison on March 1, 2019, and has been on supervised release for 30 months.  He reports that his probation officer does not object to early termination of his supervised release.

Thank you for your attention to this application.

Very truly yours,

/s
Jesse M. Siegel